**UNITED STATES DISTRICT COURT**
**DISTRICT OF TEXAS NORTHERN**
**DALLAS DIVISION**

| | |
|---|---|
| UBIQUITOUS CONNECTIVITY, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-02084-K |
| | ) |
| TXU ENERGY RETAIL COMPANY LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**APPENDIX TO JOINT MOTION TO STAY PENDING**
**OUTCOME OF MOTIONS IN RELATED CASES**

| Ex. No | App. Nos. | Description |
|--------|-----------|-------------|
| 1 | 001–043 | Complaint – TXU E.D. Tex. |
| 2 | 044–083 | TXU Motion to Dismiss for Improper Venue |
| 3 | 084–090 | Stipulated Dismissal |
| 4 | 091–194 | Complaint – CPS |
| 5 | 195–316 | Complaint – CSG |
| 6 | 317–343 | CPS Motion to Dismiss |
| 7 | 344–351 | Ubiquitous/CPS Joint Motion to Stay |
| 8 | 352–570 | Ubiquitous Opposition to CPS Motion to Dismiss |
| 9 | 571–579 | CPS Motion to Strike |
| 10 | 580–593 | CPS  Reply ISO Motion to Dismiss |

*Ubiquitous Connectivity, LP v. TXU Energy Retail Company LLC*
Appendix to Joint Motion to Stay Pending Outcome of Motions in Related Cases

9009620v1                                                                                                          1

| Ex. No | App. Nos. | Description |
|--------|-----------|-------------|
| 11 | 594–620 | Ubiquitous Opposition to CPS Motion to Strike |
| 12 | 621–646 | CSG Motion to Dismiss |
| 13 | 647–651 | Ubiquitous/CSG Joint Motion for Extension of Time and to Stay |
| 14 | 652–870 | Ubiquitous Opposition to CSG Motion to Dismiss |
| 15 | 871–879 | CSG Motion to Strike |
| 16 | 880–892 | CSG Reply ISO Motion to Dismiss |

*Ubiquitous Connectivity, LP v. TXU Energy Retail Company LLC*
Appendix to Joint Motion to Stay Pending Outcome of Motions in Related Cases

9009620v1

2