IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UBIQUITOUS CONNECTIVITY, LP,<br><br>Plaintiff,<br><br>V.<br><br>TXU ENERGY RETAIL COMPANY, LLC,<br><br>Defendant. | No. 3:18-cv-2084-K<br><br>**Lead Case** |
| UBIQUITOUS CONNECTIVITY, LP,<br><br>Plaintiff,<br><br>V.<br><br>TXU ENERGY RETAIL COMPANY, LLC,<br><br>Defendant. | No. 3:20-cv-3586-K<br><br>**Consolidated Case** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed November 9, 2022, and Plaintiff's Response to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed on November 28, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**Signed November 30th, 2022.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE